# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 08 B 26644** |
| | ) | |
| **Deborah R. Penny** | ) | **Chapter 13** |
| | ) | |
| Debtor. | ) | **Judge Eugene R. Wedoff** |

## NOTICE OF FILING

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on April 22, 2010, we filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division, **SHOREBANK'S OBJECTION TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT**, a true and correct copy of which is attached hereto and is hereby served upon you.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law that I caused this notice and described document(s) to be served upon the above-named party(ies) by [X] addressing a copy to the above-named and depositing the same in the U.S. Mail at 30 North LaSalle Street, Chicago, Illinois, with proper postage prepaid; [ ] hand delivering a copy to via messenger/courier to the address(es) listed above; [ ] transmitting via facsimile to the telephone numbers listed above,[X] transmitting via Court ECF Notification System, on April 22, 2010, at or before 5:00 p.m.

/s/ Patience R. Clark

Patience R. Clark (6282669)
PATIENCE R. CLARK, P.C.
30 N. LaSalle Street, Suite 3400
Chicago, IL 60602
(312) 332-0133 tel.
(312) 332-0144 fax.

## SERVICE LIST

Marilyn O. Marshall
224 S. Michigan Avenue
Suite 800
Chicago, IL 60604
*via Electronic Mail*

Robert J. Semrad and Associates
20 S. Clark Street
28th Floor
Chicago, IL 60603
*via Electronic Mail*

Deborah R. Penny
9033 S. Ellis
Chicago, IL 60619
*Via Regular Mail*